JENNIFER OLIVER (SBN 311196)
jennifer.oliver@bipc.com
NATALIE N. PELED (SBN 325166)
natalie.peled@bipc.com
BUCHANAN INGERSOLL & ROONEY LLP
One America Plaza
600 West Broadway, Suite 1100
San Diego, CA  92101
Telephone:  619 239 8700
*Attorneys for Defendant*
HUMAN THINGS, INC. d/b/a GENKI

(Additional Counsel Listed on Next Page)

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NINTENDO OF AMERICA INC. a Washington corporation<br><br>Plaintiff,<br><br>vs.<br><br>HUMAN THINGS, INC., d/b/a GENKI, a Delaware corporation<br><br>Defendant. | Case No.: 2:25-cv-3960-MEMF-E<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>Complaint Served:　　May 13, 2025<br>Current Response Date: June 3, 2025<br>New Response Date:　　July 3, 2025 |

**LIST OF ADDITIONAL COUNSEL**

RONALD P. OINES (SBN 145016)
roines@rutan.com
SARAH E. VAN BUITEN (SBN 324665)
svanbuiten@rutan.com
RUTAN AND TUCKER LLP
18575 Jamboree Road 9th Floor
Irvine, CA 92612
Telephone:  714 641 5100

CHRISTOPHER MARK WEIMER (admitted *pro hac vice*)
cweimer@pirkeybarber.com
DAVID E. ARMENDARIZ (admitted *pro hac vice*)
darmendariz@pirkeybarber.com
TAYLOR MICHAEL LUKE (admitted *pro hac vice*)
tluke@pirkeybarber.com
PIRKEY BARBER PLLC
1801 East 6th Street Suite 300
Austin, TX 78702
Telephone:  512-322-5200

*Attorneys for Plaintiff*
NINTENDO OF AMERICA INC.

Defendant Human Things, Inc. d/b/a Genki ("Genki") and Plaintiff Nintendo of America Inc. ("Nintendo," and together with Genki, the "Parties") by and through undersigned counsel, and pursuant to Local Rule 8-3, hereby file the following Stipulation to Extend Time to Respond to the Complaint, stating as follows:

1. On or about May 2, 2025, Nintendo commenced the above-captioned action in the United States District Court for the Central District of California by filing a Complaint [ECF No. 1] (the "Complaint").

2. Nintendo served Genki with Summons and the Complaint on May 13, 2025, and Genki's response to the Complaint is currently due on or before June 3, 2025.

3. Pursuant to Local Rule 8-3, the Parties may stipulate to extend Genki's time to respond to the Complaint by no longer than thirty (30) days from the date the response would have initially been due.

4. The Parties have conferred and agreed to extend the deadline for Genki to answer, move or otherwise respond to the Complaint by thirty (30) days through and including, July 3, 2025, so that they may have additional time to meet and confer regarding the Complaint.

5. This stipulation together with any prior stipulations, does not extend the time for Genki to respond to the Complaint for more than a cumulative total of thirty (30) days from the date the response initially would have been due.

6. The Parties have not made any prior requests for extensions to the Court.

**IT IS SO STIPULATED**

DATED: May 30, 2025                    **BUCHANAN INGERSOLL & ROONEY LLP**

                                       /s/ *Jennifer Oliver*
                                       Jennifer Oliver
                                       Natalie N. Peled
                                       *Attorneys for Defendant*
                                       Human Things, Inc. d/b/a Genki

| | |
|---|---|
| DATED: May 30, 2025 | **RUTAN AND TUCKER LLP** |
| | /s/ *Chris Weimer* |
| | Ronald P. Oines |
| | Sarah E. Van-Buiten |
| | Christopher Mark Weimer (admitted *pro hac vice*) |
| | David E. Armendariz (admitted *pro hac vice*) |
| | Taylor Michael Luke (admitted *pro hac vice*) |
| | *Attorneys for Plaintiff* |
| | Nintendo of America Inc. |

**ATTESTATION**

Pursuant to Civil Local Rule 5-4.3.4, I, Jennifer Oliver, hereby attest that all signatories listed above, and on whose behalf this filing is submitted, concur in the filing's content and have authorized this filing.

/s/ *Jennifer Oliver*
Jennifer Oliver

## CERTIFICATE OF SERVICE

I hereby certify that this document was filed with the Clerk of this Court using the CM/ECF system which will automatically send email notification of such filings to all attorneys of record,

Date: May 30, 2025          By: /s/ *Jennifer Oliver*
                                 Jennifer Oliver