Ronald P. Oines (State Bar No. 145016)
roines@rutan.com
Sarah Van Buiten (State Bar No. 324665)
svanbuiten@rutan.com
RUTAN & TUCKER, LLP
18575 Jamboree Road, 9th Floor
Irvine, CA 92612
Telephone: 714-641-5100
Facsimile: 714-546-9035

Christopher M. Weimer (admitted *pro hac vice*)
cweimer@pirkeybarber.com
David E. Armendariz (admitted *pro hac vice*)
darmendariz@pirkeybarber.com
Taylor Luke (admitted *pro hac vice*)
tluke@pirkeybarber.com
PIRKEY BARBER PLLC
1801 East 6th Street, Suite 300
Austin, TX 78702
Telephone: 512-322-5200
Facsimile: 512-322-5201

Attorneys for Plaintiff
NINTENDO OF AMERICA INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NINTENDO OF AMERICA INC., a Washington corporation,<br><br>Plaintiff,<br><br>vs.<br><br>HUMAN THINGS, INC. d/b/a GENKI, a Delaware corporation.<br><br>Defendant. | Case No.: 2:25-cv-3960-MEMF-E<br><br>**FURTHER JOINT STIPULATION TO EXTEND DEFENDANT'S TIME TO RESPOND TO INITIAL COMPLAINT BY AN ADDITIONAL 30 DAYS FOR GOOD CAUSE**<br><br>Complaint Served: May 13, 2025<br>Current Response Date: July 3, 2025<br>New Response Date: August 2, 2025 |

Pursuant to Federal Rule of Civil Procedure 6(b) and Central District of California Civil Local Rule 8-3, Plaintiff Nintendo of America Inc. and Defendant Human Things, Inc. (together, the "Parties"), by and through their respective

representatives, hereby stipulate for a further thirty-day extension of Defendant's time to respond to Plaintiff's Complaint (the "Stipulation"). The Parties stipulate as follows:

1. On May 2, 2025, Plaintiff filed the Complaint in the above-captioned matter. (Dkt. No. 1).

2. On May 13, 2025, Plaintiff served the Complaint on Defendant, requiring Defendant to respond to the Complaint on June 3, 2025.

3. The Parties conferred with one another and agreed to, and pursuant to Local Rule 8-3 filed, a "Stipulation to Extend Time to Respond to Initial Complaint By Not More than 30 Days (L.R. 8-3)," based on which Defendant's deadline to answer or otherwise respond to the Complaint is currently July 3, 2025.

4. The Parties need additional time to evaluate and further discuss the possibility of early settlement and to ascertain whether this action can be resolved before Defendant responds to the Complaint.

5. The Parties therefore submit that good cause exists for the Court to grant this further stipulated thirty-day extension, extending Defendant's time to respond to the Complaint to August 2, 2025.

**IT IS SO STIPULATED**.

Dated:  June 27, 2025                    Respectfully submitted,

**RUTAN & TUCKER, LLP**
**PIRKEY BARBER PLLC**

By: /s/ *Sarah Van Buiten*
Ronald P. Oines
Sarah Van Buiten
Christopher M. Weiner (admitted *pro hac vice*)
David E. Armendariz (admitted *pro hac vice*)
Taylor Luke (admitted *pro hac vice*)
*Attorneys for Plaintiff*
NINTENDO OF AMERICA INC.

|     |
| --- |
| 1   |
| 2   |
| 3   |
| 4   |
| 5   |
| 6   |
| 7   |
| 8   |
| 9   |
| 10  |
| 11  |
| 12  |
| 13  |
| 14  |
| 15  |
| 16  |
| 17  |
| 18  |
| 19  |
| 20  |
| 21  |
| 22  |
| 23  |
| 24  |
| 25  |
| 26  |
| 27  |
| 28  |

**BUCHANAN INGERSOLL & ROONEY LLP**

By: _____/s/ *Natalie N. Peled*_____
Jennifer Oliver (SBN 311196)
jennifer.oliver@bipc.com
Natalie N. Peled (SBN 325166)
natalie.peled@bipc.com
One America Plaza
600 West Broadway, Suite 1100
San Diego, CA  92101
Telephone:  619 239 8700
*Attorneys for Defendant*
Human Things, Inc.

## ATTESTATION

Pursuant to Civil Local Rule 5-4.3.4(a)(2)(i), I, Sarah Van Buiten, hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: June 27, 2025                By:    /s/  *Sarah Van Buiten*
                                            Sarah Van Buiten
                                            Rutan & Tucker, LLP

Rutan & Tucker, LLP
attorneys at law