UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NINTENDO OF AMERICA INC., a Washington corporation,<br><br>Plaintiff,<br><br>vs.<br><br>HUMAN THINGS, INC. d/b/a GENKI, a Delaware corporation.<br><br>Defendant. | Case No.: 2:25-cv-3960-MEMF-E<br><br>**[PROPOSED] ORDER GRANTING FURTHER JOINT STIPULATION TO EXTEND DEFENDANT'S TIME TO RESPOND TO INITIAL COMPLAINT BY AN ADDITIONAL 30 DAYS FOR GOOD CAUSE**<br><br>Complaint Served: May 13, 2025<br>Current Response Date: July 3, 2025<br>New Response Date: August 2, 2025 |

## **ORDER**

**GOOD CAUSE APPEARING**, the Court hereby approves the parties' Further Joint Stipulation, dated June 27, 2025, to extend the deadline for Defendant to respond to the initial Complaint by thirty days. The new response date is August 2, 2025.

**IT IS SO ORDERED**.

Dated: _____            _____
                                                              Hon. Maame Ewusi-Mensah Frimpong
                                                              UNITED STATES DISTRICT JUDGE