1  Ronald P. Oines (State Bar No. 145016)
   roines@rutan.com
2  Sarah Van Buiten (State Bar No. 324665)
   svanbuiten@rutan.com
3  RUTAN & TUCKER, LLP
   18575 Jamboree Road, 9th Floor
4  Irvine, CA  92612
   Telephone:  714-641-5100
5  Facsimile:  714-546-9035

6  Chris Weimer (*pro hac vice*)
   cweimer@pirkeybarber.com
7  David Armendariz (*pro hac vice*)
   darmendariz@pirkeybarber.com
8  Taylor Luke (*pro hac vice*)
   tluke@pirkeybarber.com
9  PIRKEY BARBER PLLC
   1801 East 6th Street, Suite 300
10 Austin, TX  78702
   Telephone: 512-322-5200
11 Facsimile: 512-322-5201

12 Attorneys for Plaintiff
   NINTENDO OF AMERICA INC.
13

14              UNITED STATES DISTRICT COURT

15              CENTRAL DISTRICT OF CALIFORNIA

16

| 17 | NINTENDO OF AMERICA INC., a Washington corporation, | Case No.   2:25-cv-03960-MEMF-E |
|----|---|---|
| 18 |  | District Judge Maame Ewusi Mensah Frimpong |
| 19 | Plaintiff, |  |
| 20 | vs. | Magistrate Judge Charles F. Eick |
| 21 | HUMAN THINGS, INC. d/b/a GENKI, a Delaware corporation. | **STIPULATION FOR PERMANENT INJUNCTION AND ENTRY OF JUDGMENT** |
| 22 | Defendant. |  |

23

24

25  / / /

26  / / /

27  / / /

28

Rutan & Tucker, LLP
attorneys at law

2945/039660-0001
22712267.1 a09/08/25

-1-

STIPULATION FOR PERMANENT
INJUNCTION AND ENTRY OF JUDGMENT

1  Pursuant to Local Rule 7-1, this Stipulation is entered into by and between
2  Plaintiff Nintendo of America Inc. ("Plaintiff" or "Nintendo"), by and through its
3  counsel, and Defendant Human Things, Inc. d/b/a Genki ("Genki" or "Defendant"),
4  by and through its counsel. Nintendo and Genki are collectively referred to herein as
5  the "Parties."

6  WHEREAS, on May 2, 2025, Plaintiff filed this action against Defendant
7  alleging that Defendant's conduct constitutes trademark infringement, unfair
8  competition, and false advertising under the Trademark Act of 1946, as amended, 15
9  U.S.C. § 1051 et seq. ("Lanham Act"), and trademark infringement and unfair
10 competition under the common law of California and California Business and
11 Professions Code §17200; and

12 WHEREAS the Parties have agreed to the entry of a [Proposed] Order
13 Granting Stipulation for Permanent Injunction and Entering Judgment in the form
14 attached hereto;

15 NOW THEREFORE: It is hereby agreed and stipulated by and between the
16 Parties, individually or through their counsel of record, that the [Proposed] Order
17 Granting Stipulation for Permanent Injunction and Entering Judgment in the form
18 attached hereto shall be entered by the Court.

19 **IT IS SO STIPULATED.**

21 Dated: <u>September 8, 2025</u>    RUTAN & TUCKER, LLP

23        By:    /s/ *Ronald P. Oines*
24               Ronald P. Oines
               Sarah Van Buiten
               Attorneys for Plaintiff
25             NINTENDO OF AMERICA INC.

Rutan & Tucker, LLP
attorneys at law

2945/039660-0001
22712267.1 a09/08/25

-2-

STIPULATION FOR PERMANENT
INJUNCTION AND ENTRY OF JUDGMENT

| | | |
|---|---|---|
| 1 | Dated: September 8, 2025 | PIRKEY BARBER PLLC |
| 2 | | |
| 3 | | By:   /s/ *Chris Weimer* |
| 4 | | PIRKEY BARBER PLLC |
| 5 | | Chris Weimer (*pro hac vice*) David Armendariz (*pro hac vice*) |
| 6 | | Taylor Luke (*pro hac vice*) |
| 7 | | Attorneys for Plaintiff NINTENDO OF AMERICA INC. |
| 8 | | |
| 9 | | |
| 10 | Dated: September 8, 2025 | BUCHANAN INGERSOLL AND ROONEY PC |
| 11 | | |
| 12 | | |
| 13 | | By:   /s/ *Jennifer M Oliver* |
| 14 | | Jennifer M Oliver Natalie Nola Peled |
| 15 | | Attorneys for Defendant HUMAN THINGS, INC. d/b/a GENKI |

**Attestation Regarding Signature**

I hereby attest pursuant to Local Civil Rule 5-4.3.4(a)(2) that I have obtained concurrence in the filing of this document from the other signatories to this document. I declare under penalty of perjury under the laws of United States of America that the foregoing is true and correct.

Dated: September 8, 2025                    RUTAN & TUCKER, LLP

By:      /s/ *Ronald P. Oines*
    Ronald P. Oines
    Sarah Van Buiten
    Attorneys for Plaintiff
    NINTENDO OF AMERICA INC.

PIRKEY BARBER PLLC
Chris Weimer (*pro hac vice*)
David Armendariz (*pro hac vice*)
Taylor Luke (*pro hac vice*)

Attorneys for Plaintiff
NINTENDO OF AMERICA INC.